

ORRICK, HERRINGTON & SUTCLIFFE LLP
51 WEST 52ND STREET
NEW YORK, NEW YORK 10019-6142

tel +1-212-506-5000
fax +1-212-506-5151

WWW.ORRICK.COM

J. Peter Coll
212/506-3790
pcoll@orrick.com

April 2, 2015

**VIA ECF AND FAX**

Magistrate Judge Cheryl L. Pollak
United States District Court for the
Eastern District of New York
United States Court House
225 Cadman Plaza East
Brooklyn, NY 11201-1818

    Re: DPWN Holdings (USA) v. China Airlines Ltd, Case No. 1:14-cv-07296-MKB-CLP

Dear Judge Pollak:

On behalf of DPWN Holdings (USA), I am responding to your Electronic Status Report Order of March 16, 2015. DPWN Holdings (USA) opted out of China Airlines class settlement in the Air Cargo Shipping Services Antitrust Litigation, currently before Judge Gleeson and Magistrate Pohorelsky. A Notice of Related Case was filed by plaintiff with the China Airlines Complaint on December 15, 2014. DPWN Holdings (USA) affected service of the Complaint on March 31, 2015 when China Airlines counsel, James Dick of Squire Patton Boggs in Washington D.C. accepted service. He will be entering his appearance shortly, and I have copied him on this letter.

Service was delayed pending settlement negotiations. Those negotiations are continuing, and DPWN has granted China Airlines a 60-day extension to respond to the complaint.

Respectfully,

J. Peter Coll

cc: James Dick, Esq.
    Squire Patton Boggs