

ORRICK, HERRINGTON & SUTCLIFFE LLP
51 WEST 52ND STREET
NEW YORK, NEW YORK 10019-6142

tel +1-212-506-5000
fax +1-212-506-5151

WWW.ORRICK.COM

J. Peter Coll, Jr.
212/506-3790
pcoll@orrick.com

June 5, 2015

Magistrate Judge Cheryl L. Pollack
United States District Court for the
Eastern District of New York
United States Court House
225 Cadman Plaza East
Brooklyn, NY  11201-1818

Re:  DPWN Holdings (USA) v. China Airlines Ltd, Case No. 1:14-cv-07296-MKB-CLP

Dear Judge Pollack:

On behalf of DPWN Holdings (USA) ("DHL"), I am submitting this status report in response to the Electronic Status Report Order of April 8, 2015.

DHL effected service of the Complaint on March 31, 2015, and DHL granted China Airlines an extension to respond to the complaint, to accommodate settlement discussion, until June 22, 2015. To date, despite good-faith efforts by the parties they have been unable to reach a resolution of DHL's claims.

Respectfully,

J. Peter Coll, Jr.

cc:  James Dick, Esq., Counsel for China Air