UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DPWN HOLDINGS (USA), INC.<br><br>                    Plaintiff,<br><br>         v.<br><br>CHINA AIRLINES, LTD.,<br><br>                    Defendant. | 14-cv-07296 (MKB)(CLP) |

## JOINT RULE 26(f) REPORT AND PROPOSED DISCOVERY PLAN

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Plaintiff DPWN Holdings (USA), Inc. ("DHL") and China Airlines, LTD ("China Airlines") (collectively the "Parties") hereby submit the following Joint Report and proposed discovery schedule (Exhibit A):

**I.      Rule 26(a) Initial Disclosures**

The Parties agreed that the Rule 26(a)(1) initial disclosures shall be made on or before July 24, 2015.  The parties also agreed that as part of the initial disclosures, DHL will produce copies of all documents upon which it relied in drafting its complaint against China Airlines, and, to the extent such data is available in DHL's computer data base, will identify by name and location each company whose purchases of Airfreight Shipping Services from China Airlines are the subject of claims in this Action and provide a breakdown of those purchases by base rates, fuel surcharges, and security surcharges, and China Airlines will produce copies of all documents it produced to the class in *In re Air Cargo Shipping Servs. Antitrust Litig.*, No. 06-MD-1175 (E.D.N.Y.).

The exchange of documents will be subject to the entry by the Court of the Confidentiality Stipulation and Protective Order Governing Production of Documents between Plaintiff and Defendant that the Parties will submit to the Court on or before July 24, 2015.

**II.     Subjects of Discovery, Coordination Thereof and Scheduling**

The Parties discussed the general areas where discovery will be needed.  Attached hereto as Exhibit A is the proposed discovery schedule agreed to by the Parties.  The Parties agreed that, after reviewing each other's initial disclosures, they will meet and confer to discuss what additional areas of discovery shall be needed.

**III.    Disclosure of Electronically Stored Information**

The parties agreed that they will work to install reasonable parameters with respect to electronically stored data.

**IV.     Limitations on Discovery**

The Parties agree that, at this time, no limitations on discovery are necessary other than those set forth in the applicable Federal Rules of Civil Procedure and this Court's Local Rules

**V.      Confidential and Inadvertently Produced Privileged Information**

In connection with this order, the Parties will be filing a motion asking the Court to enter a Confidentiality Stipulation and Protective Order Governing Production of Documents between Plaintiff and Defendant, and that Stipulation will govern the production of confidential information and the inadvertent production of privileged documents.

**VI.     Other orders Under Rule 26(c) or Under Rule 16(b) and (c).**

None, other than the proposed confidentiality order discussed above.

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

DPWN HOLDINGS (USA), INC.

                 Plaintiff,

        v.

CHINA AIRLINES, LTD.,

                 Defendant.

14-cv-07296 (MKB)(CLP)

[Proposed]

Discovery Scheduling Order

HON. CHERYL L. POLLAK, Magistrate Judge: DISCOVERY DEADLINES:

| Event | Deadline (on or before) |
|---|---|
| FRCP 26(a)(1) Initial Disclosures | July 24, 2015 |
| Meet and confer regarding written discovery | September 15, 2015 |
| Service of additional written discovery | October 9, 2015 |
| Status Conference | October 16, 2015 |
| Service of Deposition Notices | January 5, 2016 |
| Fact discovery cut off | April 15, 2016 |
| Amendments of the pleadings | April 29, 2016 |
| Plaintiff's Expert Disclosures (including reports) | May 11, 2016 |

|  |  |
|---|---|
| Defendant's Expert Disclosures (including reports) | June 10, 2016 |
| Expert Deposition Cut off | August 8, 2016 |
| Dispositive Motion Deadline | September 30, 2016 |

IT IS SO ORDERED:

Date: _____, 2015       _____
Cheryl L. Pollak
United States Magistrate Judge


/s/ *Garret Rasmussen*                    */s/ James V. Dick*
J. Peter Coll, Jr.                                James V. Dick
Garret G. Rasmussen                      SQUIRE PATTON BOGGS LLP
Antony Kim                                     2550 M Street, NW
ORRICK, HERRINGTON & SUTCLIFFE LLP   Washington, DC 20037
51 W. 52nd St.                                 Telephone No. (202) 626-6600
New York, NY 10019                        Fax No. (202) 626-6780
Telephone No. (212) 506-5000
Fax No. (212) 506-5151                  *Counsel for Defendant China Airlines, Ltd.*

*Counsel for Plaintiff DPWN Holdings (USA), Inc.*

**CERTIFICATE OF SERVICE**

      I, Garret G. Rasmussen, hereby certify that, on June 25, 2015, I caused a true and correct copy of the foregoing Joint Rule 26(f) Report and Proposed Discovery Plan to be served on all counsel of record in the captioned case via CM/ECF.

                                                                          */s/   Garret G. Rasmussen*
                                                                          Garret G. Rasmussen