US MAGISTRATE JUDGE CHERYL L. POLLAK    DATE: 10/9/15

TIME SPENT: _____

DOCKET NO. 14 cv 7296

CASE: DPWN Holdings v China Air

____ INITIAL CONFERENCE           ____ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE         ____ FINAL/PRETRIAL CONFERENCE
____ SETTLEMENT CONFERENCE        ✓ TELEPHONE CONFERENCE
____ MOTION HEARING               ____ ORAL ARGUMENT

MANDATORY DISCLOSURE:

____ COMPLETED           ____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

RULINGS: Decision on application to stay mediation until Feb-March 2016 is reserved.

Order to issue